**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 02 2016

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | NO. 1:16CR 94 Judge Heartfield |
| RAYMUNDO PANTOJA | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation: 18 U.S.C. § 922(a)(3)
> (Illegal Transportation in State of Residency of Firearm Purchased or Acquired Outside of State of Residency)

On or about May 25, 2016 in the Eastern District of Texas, the defendant, **Raymundo Pantoja**, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, willfully did transport into the State of Texas, where he then resided, the following firearms:

- a Winchester 12 gage shotgun, model 1300 speed pump, bearing serial number L3601972;

- a Mossberg 12 gage shotgun, model 535, bearing serial number AT158413;

- a Marlin Firearms Company caliber 30-30 rifle, model 336, bearing serial number 22064065;

- a Boito Amantino 12 gage shotgun, mode Condor I, bearing serial number J258766-11;

- a Beretta Pietro S.P.A. 12 gage shotgun, model AL391 TEKNYS, bearing serial number AA314838;

- a Miroku Firearms Company caliber zz shotgun, bearing serial number

24469MN131; and

- a Winchester 12 gage shotgun, model SXP, bearing serial number 12AZX06048

said firearms having been purchased and obtained by the defendant outside the State of Texas.

In violation of Title 18, United States Code, Sections 922(a)(3) and 924(a)(1)(D).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

The allegations contained in Count One (1) of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 924(c) or 922(g)(1) set forth in Count One (1) of this Indictment, the defendant, **Raymundo Pantoja**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

  a. a Winchester 12 gage shotgun, model 1300 speed pump, bearing serial number L3601972;
  b. a Mossberg 12 gage shotgun, model 535, bearing serial number AT158413;
  c. a Marlin Firearms Company caliber 30-30 rifle, model 336, bearing serial number 22064065;
  d. a Boito Amantino 12 gage shotgun, mode Condor I, bearing serial number J258766-11;
  e. a Beretta Pietro S.P.A. 12 gage shotgun, model AL391 TEKNYS, bearing serial number AA314838;
  f. a Miroku Firearms Company caliber zz shotgun, bearing serial number 24469MN131;

      g. a Winchester 12 gage shotgun, model SXP, bearing serial number 12AZX06048

      h. 1,814 rounds of ammunition seized from the defendant's vehicle on May 25, 2016 by the Liberty County Sheriff's office and ATF.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____        _____
LESLEY WOODS                                      Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § | NO. 1:16CR 94 |
| RAYMUNDO PANTOJA | § § | |

## NOTICE OF PENALTY

### Count One

Violation:     18 U.S.C. § 922(a)(3)

Penalty:     Imprisonment of not more than five (5) years, a fine not to exceed $250,000, or twice the pecuniary loss to the victim or gain to the defendant, or both imprisonment and a fine, and a term of supervised release of not more than one year.

Special Assessment:     $100.00