| PROB 22 (Rev. 04/17) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 1:16CR00094-1 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Raymundo Pantoja | DISTRICT Eastern District of Texas | DIVISION Beaumont Division |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Thad Heartfield Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM April 25, 2018 / TO April 24, 2020 |

OFFENSE

Illegal Transportation in State of Residence of Firearm Purchased or Acquired Outside of State of Residency

*FILED U.S. EASTERN DISTRICT COURT OF TEXAS JUL - 3 2018 BY____ DEPUTY*

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Texas"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Texas upon that Court's order of acceptance of jurisdiction.

6/29/18
Date

*[signature]*
Senior U.S. District Judge

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 0 3 2018
Effective Date

*[signature]*
United States District Judge