**UNITED STATES DISTRICT COURT**
Office of the Clerk
Eastern District of Texas
300 Willow, Room 104
Beaumont, TX 77701



DAVID A. O'TOOLE
    Clerk

U.S. District Clerk
Southern District of TX
PO Box 61010
Houston, TX 77208

Re: USA vs. Raymundo Pantoja, ED/TX No. 1:16cr94-1
        4:18 CR-379

Dear Clerk:

    On June 29, 2018, the Honorable Thad Heartfield, United States District Judge for this district, entered an order in the above captioned case transferring jurisdiction of supervised release as to Raymundo Pantoja to the Southern District of Texas.

    Pursuant to said order and acceptance of jurisdiction by the Southern District of Texas, we are forwarding herewith copies of the indictment, judgment, docket sheet and transfer order.

    Please acknowledge receipt on the enclosed copy of this letter.

                        Very truly yours,

                        DAVID A. O'TOOLE, Clerk

                        By   **Tiffany Doyen**
                                Deputy Clerk

Enclosures

Received items described above on this date: 7/9/18 .